**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BOBBY ESCOBAR, | ) Case No. CV 17-7352-DSF (SP) |
| Plaintiff, | ) |
| v. | ) **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| LASD MALE DOE, et al., | ) |
| Defendants. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED: (1) plaintiff's claim for equitable relief is dismissed without prejudice; and (2) the remainder of this case is stayed until the related criminal case is no longer pending. The Court Clerk is directed to administratively close this case.

If plaintiff wishes to continue with this case after disposition of the criminal charges against him, he must file a request that the stay be lifted and the case

reopened within sixty (60) days of the final disposition of the criminal charges (including all appeals). Any such request to lift the stay must be accompanied by documentary evidence showing that the state criminal case is concluded. If the stay is lifted, the action will proceed at that time, absent any other bar to suit.

DATED: 1/24/18

*Dale S. Fischer*
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE